

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00457-CR

**IN RE** Eric **AULD**

Original Proceeding[1]

PER CURIAM

Sitting:     Irene Rios, Justice
            Lori Massey Brissette, Justice
            Velia J. Meza, Justice

Delivered and Filed: November 5, 2025

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

Relator filed his petition for writ of mandamus on July 16, 2025. Relator subsequently filed a letter advising that the relief sought in the petition for writ of mandamus was moot and requesting that the petition be withdrawn. The petition for writ of mandamus is **DISMISSED AS MOOT**.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. B16861, styled *Ex Parte Eric Daniel Auld*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable M. Patrick Maguire presiding.